JC

FILED

JAN 05 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE __Circuit__ COURT OF __Cook__ COUNTY
STATE OF __Illinois__

__Kevin Reese__ )
**Petitioner/Plaintiff,** )
)
Vs. ) NO. 1:23-CV-15823
)
__Hub Group Inc.__ )
**Respondents/Defendants** )
)

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the Plaintiff, __Kevin Reese__, by and through its attorney of record herein, and moves the Court, pursuant to Rule __55__, __Federal__ Rules of Civil Procedure, for default judgment, and in support thereof would show unto the Court the following:

1.

A Summons, together with a copy of the Complaint, was served upon the Defendant, __Hub Group Inc.__ ("__U.S. Marshal__"), by certified mail, restricted delivery, return receipt requested, on __January 4th__, 20__24__. Pursuant to Rule __735 ILCS 5/2-203(a)(1)__, __Federal__ Rules of Civil Procedure, service of process was deemed to be complete on

Defendant on December 14th 2023. Defendant has totally failed or refused to answer or otherwise defend.

2.

~~Defendant has not filed an Entry of Appearance.~~

3.

That on the 5th day of January, 2024, the Clerk of this Court, after reviewing the Application for Default and the supporting Affidavits, docketed entry of default judgment against the

Defendant.

4.

Pursuant to Rule 55, Federal Rules of Civil Procedure, Plaintiffs are entitled to a Default Judgment for Defendants' failure to answer or otherwise defend.

5.

That the claim in the Complaint is for a sum certain, or a sum that can be made certain by computation, thus, judgment should be entered without the necessity of a further hearing.

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves the Court to enter a default judgment against the Defendant in the amount prayed for in the Complaint, plus interest, and for such other relief as the Court may deem necessary and appropriate.

Respectfully submitted,

/s/ Kai Paul

[FIRM NAME AND ADDRESS]
Kevin Reese
401 E 32nd St APT 1713
Chicago, IL 60616

## AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

STATE OF ILLINOIS    )

COUNTY OF COOK    )

PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named _____, who, having first been duly sworn by me, stated on oath the following:

1. I am attorney of record for the Plaintiff, __pro se__, and have personal knowledge of the facts set forth in this Affidavit.

2. A copy of the Summons, together with a copy of the Complaint, was served upon the Defendant by certified mail, restricted delivery, return receipt requested on January 4th, 2024. Pursuant to Rule 735 ILCS 5/2-203 Federal Rules of Civil Procedure, service of process was deemed complete on Defendant on December 14th, 2023. Julie Trester filed an Entry of Appearance of Counsel on behalf of Defendant on January 4th, 2024.

3. That more than ~~thirty~~ twenty-one days have elapsed since the date on which the said Defendant was served with Summons and a copy of the Complaint.

4. That the Defendant has failed to answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any Answer or other defense which he might have upon the undersigned attorney of record for the Plaintiff.

5. That this Affidavit is executed by affiant herein in accordance with Rule 55, Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain

an entry of default against the Defendant for his failure to answer or otherwise defend as to the Plaintiff's Complaint.

_____

SWORN TO AND SUBSCRIBED BEFORE ME, this the __5th__ day of __January__, 20__24__.

_____
NOTARY PUBLIC

My Commission Expires:

_____

*[handwritten note: Their (lem). — Clerk States will sign after Judge views. doc.]*

IN THE <u>Circuit</u> COURT OF <u>Cook</u> COUNTY
STATE OF <u>Illinois</u>

<u>Kevin Reese</u>
        Petitioner/Plaintiff,

Vs.           NO. <u>1:23-CV-15823</u>

<u>Hub Group Inc.</u>
        Respondents/Defendants

### ENTRY OF DEFAULT

Upon consideration of Plaintiff's Application for Entry of Default, along with the supporting Affidavit, both being in compliance with Rule <u>55A</u>, <u>Federal</u> Rules of Civil Procedure, it is hereby determined that a copy of the Summons, together with a copy of the Complaint, was served upon the Defendant on <u>December 14th</u>, 20<u>23</u>. Pursuant to Rule <u>55B</u>, <u>Federal</u> Rules of Civil Procedure, service of process was deemed complete on Defendant on <u>December 14th</u>, 20<u>23</u>. The Defendant has failed to plead, defend or otherwise respond to this action.

THEREFORE, default is hereby entered against <u>Hub Group Inc.</u> this the <u>5th</u> day of <u>January</u>, 20<u>24</u>.

_____, CLERK

By:_____ D.C.

*Kevin Reese - Clerk states will sign after Judge views doc.*

*i/s KK*